THE HONORABLE BARBARA J. ROTHSTEIN

02-CV-01768-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the action(s) listed below:<br><br>*Nettie Brown*<br>vs.<br>*American Home Products Corp., et al* | MDL DOCKET # 1407<br><br>MDL #2:02-CV-1768-BJR<br><br>[PROPOSED] ORDER GRANTING WYETH'S MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS THAT PLAINTIFF DID NOT INGEST A WYETH PPA-CONTAINING PRODUCT WITHIN THE SEVENTY-TWO (72) HOURS OF HER STROKE AS REQUIRED BY THIS COURT'S JUNE 18, 2003 <u>DAUBERT</u> ORDER |

## ORDER

Considering Wyeth's Motion for Summary Judgment on the grounds that plaintiff did not ingest a Wyeth PPA-containing product manufactured by Wyeth within the seventy-two (72) hours of her stroke as required by this Court's June 18, 2003 Daubert Order;

**IT IS HEREBY ORDERED** that plaintiff Nettie Brown's claims against Wyeth are dismissed, with prejudice, at plaintiff's cost.

Seattle, Washington this **27TH** day of **March**, 2006

/s/ Barbara J. Rothstein
JUDGE BARBARA J. ROTHSTEIN

ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO.: 2:02-CV-1768-BJR