UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) Products Liability Litigation | : : : | MDL NO. 1407 |
| _____ | : : | JUDGE ROTHSTEIN |
| This document relates to: Nettie Brown v. GlaxoSmithKline, PLC, et al (02-CV-1768) | : : : : : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Presently before the Court is a Motion for Summary Judgment filed by Defendant, Wal-Mart Stores, Inc. (Wal-Mart), seeking dismissal of claims filed against it by Plaintiff, Nettie Brown. Considering the motion on the grounds that plaintiff did not ingest a PPA-containing product within seventy-two (72) hours of her stroke as required by this Court's June 18, 2003 *Daubert* Order;

IT IS HEREBY ORDERED that Plaintiff's claims against Wal-Mart are dismissed with prejudice, at plaintiff's cost.

Seattle, Washington this 2nd day of August, 2006.

*/s/ Barbara J. Rothstein*
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

05-CV-01768-ORD