THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATLLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Nettie Brown,<br><br>v.<br><br>GlaxoSmithKline, PLC, *et al.*,<br><br>Cause No. C02-1768 | MDL NO. 1407<br><br>[~~Proposed~~] ORDER GRANTING SCHERING-PLOUGH CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS THAT PLAINTIFF DID NOT INGEST A SCHERING-PLOUGH CORPORATION PPA-CONTAINING PRODUCT WITHIN SEVENTY-TWO (72) HOURS OF HER STROKE AS REQUIRED BY THIS COURT'S JUNE 18, 2003 <u>DAUBERT</u> ORDER |

Considering Schering-Plough Corporation's ("SPC") Motion for Summary Judgment on the grounds that plaintiff did not ingest an SPC PPA-containing product manufactured by SPC within the seventy-two (72) hours of her stroke as required by this Court's June 18, 2003 <u>Daubert</u> Order;

**IT IS HEREBY ORDERED** that plaintiff Nettie Brown's claims against SPC are dismissed, with prejudice, at plaintiff's cost.

Seattle, Washington this __2nd__ day of __August__, 2006.

*/s/ Barbara J. Rothstein*
JUDGE BARBARA J. ROTHSTEIN

05-CV-01768-ORD